**Robert O. DIGGS, Plaintiff–Appellant,**

v.

**Sheriff Jim ARNOTT; Administrator Tim Smith; Harold Bengsch; John I. Doe; John 2 Doe; John 3 Doe; Corporal Jones; Officer Taylor; Sergeant Murphy, Defendants–Appellees,**

**Robert O. Diggs, Plaintiff–Appellant,**

v.

**Greene County Justice Center; Sheriff Jim Arnott; Tim Smith; Harold Bengsch; Jim Viebrock; John(1–6) Does; Sartor; Officer Nay; Joe Mystrik; Lt. Danny; Captain Clayton; Joe Hutchtion; Sgt. Canter; Greene County; Lieutenant Howell; Lieutenant Mahy; Corporal Herman; John 1 Doe; John 2 Doe; John 3 Doe; John 4 Doe; John 5 Doe; John 6 Doe, Defendants–Appellees,**

**Robert O. Diggs, Plaintiff–Appellant,**

v.

**Sheriff Jim Arnott; Tim Smith; Kenneth Clayton; Howell; Officer Nay; Commissioner Harold Bengsch; Commissioner Jim Viebrock; St. Clair, Officer, Defendants–Appellees.**

No. 13–1632.

United States Court of Appeals, Eighth Circuit.

Submitted: March 12, 2014.

Filed: April 24, 2014.

Robert O. Diggs, Billings, MO, pro se.

Elaine Joan Mittleman, Falls Church, VA, for Plaintiff–Appellant.

Jason Coatney, Keck & Austin, John Housley, Lowther & Johnson, Springfield, MO, for Defendants–Appellees.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

In this appeal, Robert Diggs challenges the district court's[1] adverse grant of summary judgment disposing of his three consolidated 42 U.S.C. § 1983 complaints, and he challenges two adverse district court orders related to a motion he filed seeking a third extension of time to file a summary judgment response.

We first conclude that the district court did not abuse its discretion in denying Diggs's third motion for an extension of time to file a summary judgment response, or in denying his post-judgment motion for reconsideration of that denial. *See Soliman v. Johanns*, 412 F.3d 920, 921 (8th Cir.2005) (district court's denial of request for extension to file summary judgment response reviewed for abuse of discretion); *Griffin v. Super Valu*, 218 F.3d 869, 870–71 (8th Cir.2000) (absent abuse of discretion, appellate court will not reverse denial of post-judgment relief).

We further conclude that the district court's summary judgment decision was proper with respect to Diggs's claims asserting constitutional violations related to the Ramadan diet he received as a pretrial

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

detainee.[2] *See* Fed.R.Civ.P. 56(e)(3) (if party fails to properly address another party's assertion of fact, as required by Fed.R.Civ.P. 56(c), court may grant summary judgment based on motion and supporting materials); *Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (de novo review standard); *see also Wishon v. Gammon*, 978 F.2d 446, 449 (8th Cir.1992) (prisoners have right to nutritionally adequate food; prison officials are entitled to judgment as matter of law when prisoner presents no evidence that food was nutritionally inadequate or dangerous to prisoner's health).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

2. None of the remaining claims in Diggs's complaints have been meaningfully argued on appeal. *See Chay–Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir.2004) (claim not meaningfully argued in opening brief is waived).